# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUAN CARLOS JULIA,**
Appellant,

v.

**MARTHA JULIA,**
Appellee.

No. 4D20-1128

[May 27, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502010DR007275XXXMB.

Eddie Stephens of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellant.

Troy W. Klein of Law Office of Troy W. Klein, P.A, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, ARTAU, JJ., and ROBINSON, MICHAEL A., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***